IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-455-RJC-DCK

J&J SPORTS PRODUCTION, INC.,

    Plaintiff,

v.

CLEATIS CORY HEADEN, et al.,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) concerning Julie Cohen Lonstein filed September 15, 2010. Ms. Lonstein seeks to appear as counsel *pro hac vice* for Plaintiff J&J Sports Productions, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Lonstein is admitted to appear before this court *pro hac vice* on behalf of Plaintiff J&J Sports Productions, Inc.

Signed: September 17, 2010

_____
David C. Keesler
United States Magistrate Judge